NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar Number 12940
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6418
christopher.burton4@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-MJ-00240-GWF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| ADAM ODOM, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Todd Leventhal, Esquire, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for June 12, 2019, at the hour of 9:00 a.m., be vacated and continued to a date to be determined upon the Defendant's arrival return to the District of Nevada.

This stipulation is entered into for the following reasons:

1. Defendant is in custody and in transit to Las Vegas from South Carolina as a result of alleged violations of his pretrial conditions. It is unknown to the parties when the Defendant will arrive in back in Las Vegas.

1

2. Counsel for the Defendant has not had an opportunity to speak with the Defendant about this proposed stipulation as he is in transit with an unknown expected date of arrival. However, counsel for the Defendant cannot proceed to trial in the Defendant's absence and needs additional time to prepare for trial with the Defendant.

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

DATED this 11th day of June, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Todd Leventhal                    /s/ Christopher Burton

TODD LEVENTHAL, ESQ.              CHRISTOPHER BURTON
Counsel for defendant              Assistant United States Attorney
**ADAM ODOM**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM ODOM,<br><br>    Defendant. | Case No: 2:19-mj-00240-GWF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for June 12, 2019, at the hour of 9:00 a.m., be vacated and continued to a date to be determined upon the Defendant's arrival return to the District of Nevada.

DATED this 12th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
(signed) George Foley Jr.

3